1  KHAI LEQUANG (SBN 202922)
   klequang@orrick.com
2  MELANIE D. PHILLIPS (SBN 245584)
   mphillips@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
4  Los Angeles, California  90017
   Telephone:  213-629-2020
5  Facsimile:   213-612-2499

6  STEPHEN G. FORESTA (*pro hac vice*)
   sforesta@orrick.com
7  PHILIPP SMAYLOVSKY(*pro hac vice*)
   psmaylovsky@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
9  New York, New York 10019
   Telephone:  212-506-5000
10 Facsimile:   212-506-5151

11 Attorneys for Plaintiff
   U.S. BANK NATIONAL ASSOCIATION, AS
12 SECURITIES INTERMEDIARY FOR LIMA
   ACQUISITION LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national association, as securities intermediary for LIMA ACQUISITION LP,<br><br>Plaintiff,<br><br>v.<br><br>PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.  CV-12-03047 R (RZx)<br><br>**ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION'S, AS SECURITIES INTERMEDIARY FOR LIMA ACQUISITION LP, MOTION TO DISMISS PHL'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT IN INTERPLEADER** |

1    The Motion to Dismiss filed by U.S. Bank National Association, as the
2  securities intermediary for Lima Acquisition LP, came on regularly for hearing on
3  July 16, 2012, before the Honorable Manuel Real.  All parties were represented by
4  counsel.  Having heard the arguments of all parties and having considered all
5  documents filed in support of and in opposition to said motion, and good cause
6  appearing therefore, IT IS HEREBY ORDERED THAT:

7    Plaintiff's Motion to Dismiss PHL's Counterclaim and Third-Party
8  Complaint for Interpleader is GRANTED without leave to amend.  The Court finds
9  that the Counterclaim and Third-Party Complaint fails to allege the existence of two
10 or more adverse claimants who claim or may claim entitlement to the proceeds of
11 the insurance policy at issue.  The Court further finds that the First Amended
12 Counterclaim and Third-Party Complaint in Interpleader subsequently filed by
13 Defendant PHL Variable Insurance Company fails to allege any new facts to cure
14 the deficiencies of the original Counterclaim and Third-Party Complaint for
15 Interpleader, and therefore hereby dismisses the First Amended Counterclaim and
16 Third-Party Complaint for Interpleader with prejudice.

17   IT IS SO ORDERED.

19 Dated: July 18, 2012

    _____
    HONORABLE MANUEL REAL
    UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS PHL'S COUNTERCLAIM AND THIRD PARTY COMPLAINT FOR INTERPLEADER
CV-12-03047-R-RZx