JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national association, as securities intermediary for LIMA ACQUISITION LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　　Defendant. | Case No. CV-12-03047 RGK (MRWx)<br><br>**[PROPOSED] ORDER APPROVING AND GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS, WITHOUT PREJUDICE, PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:　　Hon. R. Gary Klausner |

Pending before the Court is the parties' Joint Stipulation to Voluntarily Dismiss, without prejudice, Plaintiff's Second Amended Complaint ("Joint Stipulation"). Pursuant to Fed. R. Civ. P. 41(a)(1) and the foregoing Joint Stipulation, and subject to all terms set forth in the parties' Joint Stipulation, Plaintiff's Second Amended Complaint is hereby dismissed, without prejudice.

Pursuant to Federal Rule of Civil Procedure 54(b), this judgment and all preceding dispositive decisions regarding the claims and counterclaims in this action shall not be considered final, and the Court does not direct any entry of judgment at this time. *See Concha v. London*, 62 F.3d 1493, 1507 (9th Cir. 1995) (holding that voluntary dismissal without prejudice generally do not create appealable, final judgments).

Dated: May 6, 2013

Hon. R. Gary Klausner
United States District Judge